IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES DEMOS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2023-CV-02828 |
| | ) | |
| v. | ) | Assigned Judge: Hon. Joan H. Lefkow |
| | ) | |
| JPMORGAN CHASE BANK, N.A., | ) | Designated Magistrate Judge: Hon. Heather K. McShain |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**AGREED MOTION TO EXTEND
FILING DEADLINE FOR JOINT STATUS REPORT**

Defendant, JPMORGAN CHASE BANK, N.A., ("Defendant" or "Chase"), by and through its undersigned attorneys, Chuhak & Tecson, P.C., and for its Agreed Motion to Extend Filing Deadline for Joint Status Report, hereby states as follows:

1. On March 14, 2023, this Court ruled on James Demos' Motion to Compel [Doc. No. 43] and Chase's Motion for Protective Order [Doc. No. 44] and entered a Minute Entry requiring that the Parties submit a Joint Status Report on or before March 28, 2024 [Doc. No. 51]. The Joint Status Report requires the Parties to inform the Court as to:

    (a) the progress of discovery, including an estimate of how long it will take Chase to make the production at issue, and whether the Parties believe that completing fact discovery by 05/18/2024, as requested in Defendant's motion, is feasible;

    (b) the status of the Parties' mediation or settlement plans; and

    (c) any other issues the Parties wish to raise with the Court.

2. The Parties have since conferred regarding discovery and the status of the Parties' mediation or settlement plans, but require additional time to submit a finalized report due to the

4854-7249-1698.v1.02112.81155

- 2 -

complexity of various remaining discovery requests, further discussions on a mediation and status as to settlement, and the holiday break.

3. Chase's counsel has conferred with James Demos' counsel. James Demos' Counsel for James Demos has no objection and is in agreement with a proposed extension of time to submit the Parties' Joint Status Report.

4. The Parties have agreed to a proposed extension of the Joint Status Report filing deadline to next Tuesday, April 2, 2024, to ensure that the report covers all aspects of outstanding discovery in detail.

5. This is the first request for an extension of time to submit the Joint Status Report.

6. Chase therefore respectfully requests that the Court extend the deadline to complete the Joint Status Report from Thursday, March 28, 2024, to Tuesday, April 2, 2024.

WHEREFORE, Chase requests that this Court grant this Motion, and the relief requested herein, in addition to any relief it deems just and equitable.

Respectfully submitted,

JPMORGAN CHASE BANK, N.A.

By: */s/ Adrienne M. Arlan*
One of its Attorneys

Edmond M. Burke
Cecilio I. Porras
Adrienne M. Arlan
CHUHAK & TECSON, P.C.
120 S. Riverside Plaza, Ste. 1700
Chicago, Illinois 60606
312.444.9300
Firm ID No.: 70693
eburke@chuhak.com
cporras@chuhak.com
aarlan@chuhak.com
service@chuhak.com

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

Adrienne M. Arlan, the undersigned attorney, certifies that a true and correct copy of the foregoing **Agreed Motion to Extend Filing Deadline for Joint Status Report** was electronically filed with the U.S. District Court for the Northern District of Illinois, via CM/ECF system, which will send electronic notification of this filing to the parties on this 27th day of March, 2024:

Stephanie Tatar
Tatar Law Firm, APC
3333 Warrenville Road, Suite 200
Lisle, Illinois 60532
stephanie@thetatarlawfirm.com


      /s/ Adrienne M. Arlan

4854-7249-1698.v1.02112.81155